

Alex P. Pope, Tyler, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

This is an appeal from an order of the District Court of Smith County remanding appellant to the custody of the Sheriff of Smith County to be delivered to an agent of the demanding state.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.

Boling & Cooke, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for a violation of the liquor law in Lubbock County; the punishment, a fine of $500 and 30 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Gladys Elmeda Fowler, Earnest SANDERS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27927.**

Court of Criminal Appeals of Texas.

Jan. 4, 1956.

**Jessie Brown KINDLE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27802.**

Court of Criminal Appeals of Texas.

Nov. 16, 1955.